**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,　　:　No. 98 MAL 2021

　　　　Respondent　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:　Petition for Allowance of Appeal
　　　　　　　　　　　　　　　　　　　　:　from the Order of the Superior Court
　　　　　v.　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
JESSE SMOOT,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　Petitioner　　　　　　　　　　:

COMMONWEALTH OF PENNSYLVANIA,　　:　No. 99 MAL 2021

　　　　Respondent　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:　Petition for Allowance of Appeal
　　　　　　　　　　　　　　　　　　　　:　from the Order of the Superior Court
　　　　　v.　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
JESSE SMOOT,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　Petitioner　　　　　　　　　　:

COMMONWEALTH OF PENNSYLVANIA,　　:　No. 100 MAL 2021

　　　　Respondent　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:　Petition for Allowance of Appeal
　　　　　　　　　　　　　　　　　　　　:　from the Order of the Superior Court
　　　　　v.　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
JESSE SMOOT,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　Petitioner　　　　　　　　　　:

COMMONWEALTH OF PENNSYLVANIA,　　:　No. 101 MAL 2021

　　　　Respondent　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:　Petition for Allowance of Appeal
　　　　　　　　　　　　　　　　　　　　:　from the Order of the Superior Court
　　　　　v.　　　　　　　　　　　　　　:

JESSE SMOOT,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 102 MAL 2021

      Respondent

              Petition for Allowance of Appeal
              from the Order of the Superior Court

      v.

JESSE SMOOT,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 103 MAL 2021

      Respondent

              Petition for Allowance of Appeal
              from the Order of the Superior Court

      v.

JESSE SMOOT,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 104 MAL 2021

      Respondent

              Petition for Allowance of Appeal
              from the Order of the Superior Court

      v.

JESSE SMOOT,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 105 MAL 2021

      Respondent

|  | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
|  | : |  |
|  | : |  |
| JESSE SMOOT, | : |  |
|  | : |  |
| Petitioner | : |  |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of March, 2022, the Petition for Allowance of Appeal is

**GRANTED**.  The issue, as stated by petitioner, is:

> In this case, where Petitioner was without counsel for three of the four month pre-trial period in the Court of Common Pleas, did the Superior Court misapply *United States v. Cronic*, 466 U.S. 648 (1984), when it affirmed the denial of PCRA relief because Petitioner did not identity [sic] a "critical stage" during which Petitioner was without counsel?